## United States District Court

for the

### Eastern District of Pennsylvania

U.S.A. vs. Allen Stewart

Case No. 2:96CR-00583-001

### Petition on Supervised Release

COMES NOW Tamika L. Baxley U. S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Allen Stewart who was placed on Supervised Release by The Honorable Harvey Bartle, III sitting in the Court at Philadelphia, PA , on the 12th day of August, 1998 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

ORIGINAL OFFENSE: RICO (Count One); mail fraud (Counts Two, Four, 14, 16 through 19, 33, 36 through 73, 76 through 118); wire fraud (Counts 22, 24 through 32); engaging in monetary transactions in property derived from specified unlawful activity (Counts 121 through 155); RICO forfeiture (Count 156) and money laundering forfeiture (Count 157).

ORIGINAL SENTENCE: The defendant was committed to the custody of the U. S. Bureau of Prisons for a period of 180 months on Counts, One Two, Four, 14,16 through 19, 22,24 through 33, 36 through 73, 76 through 118, 121 through 155, followed by three years of supervised release. A special assessment of $6,850.00 was ordered.

SPECIAL CONDITIONS: 1) The defendant shall pay a fine in the amount of $150,000, due in full immediately; and 2) The defendant shall pay restitution in the amount $60,100,000.00.

DATE SUPERVISION
COMMENCED:          January 11, 2011

RE: Stewart, Allen
Case No. 2:96Cr00-583-001

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Since commencing this term of supervised release, the offender has been supervised in the Southern District of Florida.

On October 1, 2013, the offender submitted an updated Personal Financial Forms (48B and 48), listing his net monthly income of $2,500.27, which includes $2,184.50 (retirement benefits) and $315.77 (pension/annuities). His monthly expenses are $2,498.00, most of which were verified. The offender's net monthly cash flow is $2.27. According to the Personal Financial Form, 48, the offender listed the following assets: $492 (Wells Fargo Bank) and $300 (1994 Jaquar X16). Additionally, the offender listed three civil suits that he is partied to as well.

As of today, Mr. Stewart has paid a total of $13,541.50 toward his restitution, leaving a balance of $60,086,458.50. It should be noted that the offender's monthly restitution payments ($370.50) are garnished from his social security income.

The purpose of this petition is to inform the Court that Mr. Stewart's supervised release term is scheduled to expire on January 10, 2014. This officer is recommending that Mr. Stewart's case be permitted to terminate with an outstanding restitution balance. Should the Court concur, Mr. Stewart will be directed to continue submitting monthly payments toward this debt, post supervision, directly to the Clerk of Court.

Notification will be provided to the Financial Litigation Unit of the U.S. Attorney's Office as they will assume responsibility for the collection of the debt once supervision expires.

Assistant U.S. Attorney Joe Minni was notified on October 30, 2013, telephonically and by email on December 4, 2013 of the above noted information.

RE:  Stewart, Allen
Case No.  2:96Cr00-583-001

**PRAYING THAT THE COURT WILL ORDER...**

THAT THE OFFENDER'S TERM OF SUPERVISED RELEASE BE PERMITTED TO TERMINATE AS SCHEDULED ON JANUARY 10, 2014, WITH AN OUTSTANDING RESTITUTION BALANCE

I declare under penalty of perjury that the foregoing is true and correct.

Dean DiPasquale
Supervising U.S. Probation Officer

Place  Philadelphia, PA
Date  December 12, 2013


TLB

cc: Assistant U.S. Attorney
    Defense Attorney


ORDER OF THE COURT

Considered and ordered this ___16th___ day of __December__, _2013_ and ordered filed and made part of the records in the above case.

U. S. District Court Judge

3